1  CARI A. COHORN (State Bar No. 249056)
   COHORN LAW
2  101 California Street, Suite 2710
   San Francisco, California 94111
3  Telephone: (415) 993-9005
   Fax:        (415) 365-9650
4  Email: cohorn@cohornlaw.com

5

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 'A' RECORDINGS LTD, a UK Private      Case No:
   Limited Company, and ANTON
12 NEWCOMBE, an individual doing business  **COMPLAINT FOR DECLARATORY AND**
   as BRIAN JONESTOWN MASSACRE,          **INJUNCTIVE RELIEF UNDER THE**
13                                        **COPYRIGHT ACT**
14
                  Plaintiffs,            **DEMAND FOR JURY TRIAL**
15
        v.
16
   MATT HOLLYWOOD, an individual,
17
                  Defendant.
18

19

20      Plaintiffs allege as follows:

21     1.  This action arises under the Copyright Act.  Defendant MATT HOLLYWOOD

22 has made disputed claims to authorship of copyrighted and copyrightable works and has

23 accused Plaintiffs of infringing his copyrights.  He has threatened Plaintiffs with suit

24 over such claims, seeking (among other things) a share of income generated by

25 exploitations of those works.  Through this action, Plaintiffs seek a judicial

26 determination of their authorship interests in the subject works and of any payments to

27 which Defendant may be entitled.

28

---

1

**COMPLAINT**

**THE PARTIES**

2.  Plaintiff ANTON NEWCOMBE ("Newcombe") is an individual residing in Berlin, Germany and doing business as the BRIAN JONESTOWN MASSACRE ("BJM").  The BJM project, an artistic endeavor founded in or around 1990 and continuing to date, is Newcombe's brainchild, and he in turn is the driving creative force behind it.

3.  Plaintiff 'A' RECORDINGS LTD. ("'a' Recordings") is a United Kingdom private limited company incorporated in January 2008.  Newcombe is the sole shareholder and one of the directors of 'a' Recordings.

4.  Defendant MATT HOLLYWOOD ("Defendant" or "Hollywood") is an individual who, on information and belief, resides part-time in Los Angeles, California and part-time in Atlanta, Georgia.  Hollywood performed as a bass and guitar player with Newcombe off-and-on during the 1990s and 2010s.

**JURISDICTION AND VENUE**

5.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) & (b) in that it arises under the applicable Acts of Congress relating to copyright.

6.  The acts and conduct described below were in whole or in part conceived, carried out and made effective within the Northern District of California.  Both Plaintiffs and Hollywood transact or have transacted business within this District.

7.  Venue is proper in this District pursuant to 28 U.S.C. §1400(a) in that this is a civil action arising under federal copyright law and Hollywood "resides or may be found" in this district, since Hollywood would be amenable to personal jurisdiction in this District if it were a separate state.  Alternatively, venue is proper in this District pursuant to 28 U.S.C. §1391(b) in that a substantial part of the events giving rise to the claims in issue occurred here.

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA  94111
Telephone: (415) 993-9005

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005

# FACTUAL BACKGROUND

8. Newcombe created the BJM artistic endeavor in San Francisco in or around 1990, when he was a resident of the State of California. At all times since, BJM has been, and is, the Newcombe's professional name, musical recording project, and live performance art. Newcombe has produced, recorded and released dozens of albums of original music and has performed in venues throughout the world as BJM. He has done so with a revolving cast of 40 or more musicians over the years. At all relevant times, Newcombe has managed, directed, supervised and overseen the work of BJM and has, with very limited exception, been cited as and credited for its entire creative output.

9. From the very beginning of BJM, Newcombe exercised sole and exclusive ownership, administration and/or control of those creative works, essentially without interruption or objection of any kind. In recent years he has done so through a business entity, Plaintiff 'a' Recordings.

10. Newcombe lived in San Francisco from roughly 1988 through approximately mid-1997. During this period, BJM was based in San Francisco. Newcombe met Defendant Hollywood in San Francisco, where Hollywood was living, in the early 1990s. Newcombe invited Hollywood to rehearse, perform, and record with BJM. Hollywood did so until approximately 1995, when he briefly left BJM, only to return in approximately 1996 and leave again in 1997 or 1998.

11. During this time period, Newcombe requested that Hollywood write and co-write several songs to be performed and recorded by BJM. At times Hollywood was reluctant to do so, but Newcombe persisted in his requests, and Hollywood ultimately did author or co-author several musical compositions during the mid-1990s, identified in Exhibit A hereto. The compositions authored solely by Hollywood are referred to herein as the "Hollywood Songs." The coauthored works written during the mid-1990s are referred to as the "Coauthored Songs." (As described below, Hollywood coauthored another composition, entitled "Viholliseni Maala (In the Land of My Enemy)", with Newcombe in approximately 2012. In addition, Hollywood coauthored one or more additional songs

---

**COMPLAINT**

in the 1990s, but all rights to such work(s) were long ago transferred to a third party and as such are not at issue in this action.)

12. Hollywood delivered to Newcombe each of the Hollywood Songs, as well as his contributions to each of the Coauthored Songs. In so doing, Hollywood intended that Newcombe would record, distributed, and publicly perform each of those works.

13. Throughout the period when Hollywood was writing, performing, and recording with BJM, all of the BJM musicians, including Newcombe and Hollywood, lived and rehearsed in San Francisco; BJM's manager was based in San Francisco; and the band played the majority of its live performances in the San Francisco Bay Area. All or substantially all of the songs composed by and/or for BJM during this period were composed in San Francisco, and all of BJM's sound recordings were produced and recorded in San Francisco. The San Francisco works have been the most renowned and economically successful BJM works.

14. In approximately 1996 BJM signed a recording and music publishing contract with TVT Records. As part of that deal, which was obtained and brokered by Newcombe's then-attorney, Newcombe again requested that Hollywood continue writing and co-writing songs to be recorded and performed by BJM. In recognition that both Newcombe and Hollywood would be writing songs, TVT Records paid a publishing advance that was divided between Newcombe and Hollywood.

15. In or about May 1997, Newcombe and the other musicians who performed with BJM at the time, including Hollywood, began discussing in earnest each of their creative contributions to BJM's works created up to that point and their respective authorship and ownership rights in and to those works. Among other things, the musicians acknowledged and agreed that out of all of the musical compositions then-extant, Hollywood had authored or coauthored only those works identified on Exhibit A hereto. In addition, the musicians acknowledged and agreed that neither Hollywood nor any other participant in BJM (other than Mr. Newcombe) would have any authorship or ownership interest in any of the BJM sound recordings, even if they performed on them.

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005

16. The musicians agreed to have an attorney register copyrights in many of the BJM works to reflect various musicians' authorship or coauthorship of various compositions and to reflect Newcombe's sole authorship of all of the sound recordings. The registrations were eventually obtained. Attached hereto as Exhibits B through F are true and correct copies of search results from the United States Copyright Office's Public Catalog reflecting those registrations relevant here.

17. One of the registrations, No. PA0000936417 (Ex. C), incorrectly states the authorship of a song entitled "No Come Down." The registration indicates that the composition was authored solely by Hollywood, when it actually was coauthored by Hollywood and Newcombe.

18. In late 2009 or early 2010, Newcombe invited Hollywood to resume playing with BJM. On two occasions in January and February 2010, Newcombe instructed 'a' Recordings to send money totaling over $1,000 to Hollywood to assist him in paying past-due rent. 'a' Recordings paid to fly Hollywood to Berlin, where it paid his rent of 650 euros per month from September 2010 through December 2010. In addition, 'a' Recordings paid Hollywood 200 euros each week for recording with Newcombe. Never during this period did Hollywood ever inquire about royalties he believed he was owed, never stated he believed Newcombe or 'a' Recordings owed him any money, and never indicated he believed he authored or owned any interest in any BJM sound recording.

19. In early September, 'a' Recordings licensed, with Hollywood's permission a BJM recording of a song entitled "Oh Lord," which was written solely by Hollywood. As Hollywood was the sole author of the composition, and Newcombe was the sole author of the sound recording, Hollywood and Newcombe each received 50 percent of the license fee, less a standard fee for the professionals who secured the deal and prepared the necessary paperwork. Hollywood never suggested that he had any authorship or ownership interest in the sound recording of "Oh Lord" or any other sound recording.

20. Over the next few years, Hollywood toured with BJM.  'a' Recordings routinely sent him plane tickets and tour accountings.  Hollywood received a share of revenues from the live performances and merchandise equal to the share received by each of the other musicians on the tours, including Newcombe.  During this period, Hollywood never inquired about royalties he believed he was owed, never stated he believed Newcombe or 'a' Recordings owed him any money (other than the payments for the performances and merchandise sales), and never indicated he believed he authored or owned any interest in any BJM sound recording.

21. In or around 2012, Hollywood coauthored a final composition with Newcombe.  Newcombe had previously recorded and released a song with Finnish lyrics, and he wanted to record a version with English lyrics.  Hollywood wrote the English lyrics for that song, entitled "Viholliseni Maala (In the Land of My Enemy," (referred to herein as "In the Land of My Enemy").  On information and belief, Hollywood wrote the lyrics while in Europe rehearsing for a BJM tour.

22. 'a' Recordings has accounted to Hollywood, and has paid all royalties for "In the Land of My Enemy" through the end of 2014.  'a' Recordings's standard practice is not to pay royalties until at least £100 are owed.  At the time the instant dispute arose, outstanding royalties were less than £100.

23. On or about May 2, 2013, 'a' Recordings licensed a recording of a BJM song entitled "Vacuum Boots," which was coauthored by Hollywood and Newcombe.  The license agreement was entered into with Hollywood's knowledge.  As Hollywood and Newcombe were coauthors of the composition, and Newcombe was the sole author of the sound recording, Hollywood received 25 percent of the license fee, Hollywood never suggested that he had any authorship or ownership interest in the sound recording of "Vacuum Boots" or any other sound recording.

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA  94111
Telephone: (415) 993-9005

**COMPLAINT**

24. On or about November 30, 2016 – fully *two decades* after the majority of the subject works were created – Hollywood for the first time asserted, though his counsel, that he had not authorized Plaintiffs' use of his compositions, that he was owed royalties, that any future use of his compositions would require a license, and that he was the sole author of works that Plaintiffs contend were co-written with Newcombe.

25. The parties, through their counsel, engaged in extensive discussions concerning Hollywood's claims.  Hollywood threatened suit against Plaintiffs, alleging copyright infringement, claiming to be a coauthor of certain BJM sound recordings, and asserting a claim for a share of the proceeds from the exploitation of numerous BJM works. Hollywood persisted, via his counsel, in making such claims directed both over the telephone and in writing to Plaintiffs' counsel in San Francisco.

26. Plaintiffs bring this civil action for declaratory and injunctive relief to clarify Newcombe's and Hollywood's authorship rights under 17 U.S.C. § 201(a) and ownership rights in and to the creative output of BJM and the revenue generated by exploitations of that creative output.

**FIRST CLAIM FOR DECLARATORY RELIEF**

27. Hollywood asserts that Plaintiffs have infringed his copyrights in the Hollywood Songs.  Hollywood also apparently asserts that he co-authored some BJM sound recordings.  He, through his counsel, has threatened to file a lawsuit to prosecute these and other claims.

28. There is an actual and justiciable controversy between the parties.  Hollywood claims – and, in some instances, Plaintiff's dispute – that he is a an author or coauthor and thus that (a) Plaintiffs have infringed his copyrights, (a) he has an ownership interest in whole or in part in the copyrights in and to numerous, (c) he has the right to a share of all monies received by Plaintiffs from the use of those works, and (d) he has the right to such monies dating back to 2007.

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA  94111
Telephone: (415) 993-9005

29. Plaintiffs concede that Davies has an authorship and ownership interest in the copyrights in and to each of the Hollywood Songs and Coauthored Songs and to "In the Land of My Enemies."  However, Plaintiffs deny that Hollywood has any authorship rights pursuant to 17 U.S.C. § 201(a) or any other ownership rights to any other BJM works.  Over the past two decades, Newcombe has consistently claimed sole authorship of all BJM sound recordings and the majority of BJM compositions and has exploited them accordingly throughout the world and the San Francisco Bay Area.  Accordingly, any authorship claims that Hollywood may have had, if any, in any BJM work other than the Hollywood Songs and Coauthored Songs and to "In the Land of My Enemies" are barred by the applicable three-year limitations period under 17 U.S.C. § 507(b).

30. Newcombe obtained a gratis, implied license from Hollywood to record, distribute, and publicly perform each of the Hollywood Songs and Coauthored Songs.  That is, Hollywood created the works (or his contributions to the works) at Newcombe's request, delivered those works/contributions to Newcombe, and intended and understood that Newcombe would record, distribute, and perform them.  This license operated without interruption or interference for two decades, as demonstrated by the parties' course of conduct.  Plaintiffs have accounted to and paid Hollywood for any exploitations of those works beyond the scope of the implied license.

31. Plaintiffs stand ready, willing, and able to account and pay Hollywood for his portion of the monies received from the use of "In the Land of My Enemies," net of actual bona fide commissions, fees and other expenses incurred in connection with the receipt of those monies.

32. A judicial declaration of the parties' respective rights and obligations in relation to the BJM works is necessary and appropriate.  Accordingly, Plaintiffs seek a judgment declaring the parties' respective rights and obligations as set forth below.

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA  94111
Telephone:  (415) 993-9005

COMPLAINT

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request judgment against Hollywood as follows:

1. A declaration that:

(a) Davies neither had nor has any authorship interest under 17 U.S.C. § 507(b) or any other ownership interest in any of BJM work other than as set forth in Exhibit A hereto;

(b) any authorship or coauthorship claims that Hollywood may have had under 17 U.S.C. § 201(a) in any BJM work other than those set forth in Exhibit A are barred by the applicable three-year limitations period under 17 U.S.C. § 507(b);

(c) Newcombe acquired a gratis, implied license to record, distribute, and publicly perform each of the Hollywood Songs and Coauthored Songs;

(d) because of the implied license, Plaintiffs have not infringed Hollywood's copyrights in the Hollywood Songs and owe Hollywood no payment for the use of either the Hollywood Songs or the Coauthored Songs;

(e) to the extent Hollywood received compensation for his authorship of the Hollywood Songs and/or the Coauthored Songs, the implied license is irrevocable; and

(f) should the Court determine that Hollywood is entitled to any compensation whatsoever (other than in connection with "In the Land of My Enemies"), Hollywood's right to such monies is limited to revenue generated by the compositions only – and not the sound recordings of those compositions during the applicable three-year limitations period under 17 U.S.C. § 507(b) for the Hollywood Songs and any works whose authorship is disputed and the four-year limitations period under California Code of Civil Procedure section 343 for the Coauthored Songs.

**COMPLAINT**

2.   An injunction restraining Hollywood, his agents, representatives, and all persons acting in concert with him or them, from making any further false claims or representations that Hollywood has any authorship or ownership interest in any of the other BJM works, and otherwise acting contrary to this Court's declaration of rights;

3.   An injunction requiring Hollywood to file a supplementary copyright registration to correctly indicate that Hollywood and Newcombe coauthored the composition, "No Come Down;"

4.   Costs and attorneys' fees incurred herein; and

5.   Such other and further relief as this Court deems just.

Dated: November 3, 2017           COHORN LAW


By ___/s/ Cari A. Cohorn_____
   Cari A. Cohorn
   Attorneys for Plaintiffs


## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: November 3, 2017           COHORN LAW


By ___/s/ Cari A. Cohorn_____
   Cari A. Cohorn
   Attorneys for Plaintiffs

**COMPLAINT**

# EXHIBIT A

**Compositions Authored/Coauthored by Defendant**

**I.     Hollywood Songs (*i.e.*, Songs Authored Solely by Defendant in the 1990s)**

<u>Title</u>

1.   Oh Lord
2.   Cabin Fever
3.   BSA
4.   In My Life
5.   Not if You Were the Last Dandy on Earth
6.   June '75

**II.    Coauthored Songs (*i.e.*, Songs Coauthored by Defendant and One or More Other Artists in the 1990s)**

| <u>Title</u> | <u>Coauthors</u> |
|---|---|
| 1.   Vacuum Boots | Newcombe, Hollywood |
| 2.   No Come Down | Newcombe, Hollywood |
| 3.   Ashtray | Newcombe, Hollywood |
| 4.   Fire Song | Newcombe, Hollywood |
| 5.   Sue | Newcombe, Threlkel, Hollywood |
| 6.   Sound of Confusion | Newcombe, Threlkel, Hollywood |

**III.   Additional Coauthored Composition Not in Dispute**

| <u>Title</u> | <u>Coauthors</u> |
|---|---|
| Viholliseni Maala (In the Land of My Enemy | Newcombe, Hollywood |

# EXHIBIT B



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollywood, matt
Search Results: Displaying 3 of 5 entries



Labeled View

### *Oh, Lord ; BSA ; Cabin fever ; In my life.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000936414 / 1999-05-03 |
| **Title:** | Oh, Lord ; BSA ; Cabin fever ; In my life. |
| **Appears in:** | Take it from the man! Tangible Records TAN-1025, c1996. Compact disc |
| **Publisher Number:** | Tangible Records TAN-1025 |
| **Performer:** | Performed by the Brian Jonestown Massacre. |
| **Copyright Claimant:** | Matt Hollywood |
| **Date of Creation:** | 1996 |
| **Date of Publication:** | 1995-12-15 |
| **Authorship on Application:** | words, music: Matt Hollywood, 1973-. |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Oh, Lord |
| **Other Title:** | BSA |
|  | Cabin fever |
|  | In my life |
|  | Take it from the man! |
| **Names:** | Hollywood, Matt, 1973- |
|  | Brian Jonestown Massacre |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record |
| Enter your email address: |

# EXHIBIT C



**Help**   **Search**   **History**   **Titles**   **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollywood, matt
Search Results: Displaying 2 of 5 entries



Labeled View

***No come down ; Miss June 1975.***

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000936417 / 1999-05-03 |
| **Title:** | No come down ; Miss June 1975. |
| **Appears in:** | Their satanic majesties second request Tangible Records TAN-1026, c1996. Compact disc |
| **Publisher Number:** | Tangible Records TAN-1026 |
| **Performer:** | Performed by the Brian Jonestown Massacre. |
| **Copyright Claimant:** | Matt Hollywood |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-12-15 |
| **Authorship on Application:** | words, music: Matt Hollywood, 1973-. |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | No come down |
| **Other Title:** | Miss June 1975 |
| | Their satanic majesties second request |
| **Names:** | Hollywood, Matt, 1973- |
| | Brian Jonestown Massacre |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record |
| Enter your email address: |

# EXHIBIT D



## Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = newcombe, anton
Search Results: Displaying 5 of 11 entries



Labeled View

***Donovan said ; Cold to the touch ; Before you ... [et al.]***

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000936418 / 1997-05-15 |
| **Title:** | Donovan said ; Cold to the touch ; Before you ... [et al.] |
| **Appears in:** | Their satanic majesties second request Tangible Records TAN-1026, c1996. Compact disc |
| **Publisher Number:** | Tangible Records TAN-1026 |
| **Performer:** | Performed by the Brian Jonestown Massacre. |
| **Copyright Claimant:** | Anton Newcombe |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-12-15 |
| **Authorship on Application:** | words, music: Anton Newcombe, 1967-. |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Donovan said |
| **Other Title:** | Cold to the touch |
| | Before you |
| | Their satanic majesties second request |
| **Names:** | Newcombe, Anton, 1967- |
| | Brian Jonestown Massacre |





| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record |
| Enter your email address: |

# EXHIBIT E



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = newcombe, anton
Search Results: Displaying 7 of 11 entries



*Take it from the man! / the Brian Jonestown Massacre.*

|  |  |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000261839 / 1999-05-03 |
| **Title:** | Take it from the man! / the Brian Jonestown Massacre. |
| **Imprint:** | c1996. |
| **Publisher Number:** | Tangible Records TAN 1025 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Anton Newcombe |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-12-15 |
| **Authorship on Application:** | recording: Anton Newcombe, 1967-. |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Vacuum boots -- Who? -- Oh, Lord -- Caress -- (David Bowie I love you) since I was six -- Straight up and down -- Monster -- Take it from the man -- BSA -- Mary, please -- Monkey puzzle -- Fucker -- Dawn -- Cabin fever -- In my life -- The be song -- My man Syd -- Straight up and down. |
| **Other Title:** | Since I was six |
|  | The be song. |
| **Names:** | Newcombe, Anton, 1967- |
|  | Brian Jonestown Massacre |



| **Save, Print and Email (Help Page)** |
|:---|
| Select Download Format  Full Record |
| Enter your email address: |

# EXHIBIT F



Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = newcombe, anton
Search Results: Displaying 10 of 11 entries



Labeled View

***Their satanic majesties second request / the Brian Jonestown Massacre.***

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000261840 / 1999-05-03 |
| **Title:** | Their satanic majesties second request / the Brian Jonestown Massacre. |
| **Imprint:** | c1996. |
| **Publisher Number:** | Tangible Records TAN-1026 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Anton Newcombe |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-12-15 |
| **Authorship on Application:** | recording: Anton Newcombe, 1967-. |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | All around you -- Cold to the touch -- Donovan said -- In India you -- No come down -- Around you everywhere -- Jesos -- Before you -- Miss June '75 -- Anenome -- Baby -- Feelers -- Bad baby -- Cause, I lover -- Baby, love of my life -- Slowdown (fuck tomorrow) -- Here it comes -- All around you (outro). |
| **Names:** | Newcombe, Anton, 1967- |
|  | Brian Jonestown Massacre |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record |
| Enter your email address: |