1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 'A' RECORDINGS LTD, a UK Private Limited Company, and ANTON NEWCOMBE, an individual doing business as BRIAN JONESTOWN MASSACRE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MATT HOLLYWOOD, an individual,<br><br>　　　　　Defendant.<br>_____<br>MATT HOLLYWOOD, an individual,<br><br>　　　　　Counter-Complainant,<br><br>VS.<br><br>'A' RECORDINGS LTD, a UK Private Limited Company, and ANTON NEWCOMBE, an individual doing business as BRIAN JONESTOWN MASSACRE, and DOES 1-20, INCLUSIVE,<br><br>　　　　　Counter-Defendants. | Case No: 3:17-cv-06442-VC<br><br>[~~PROPOSED~~] **ORDER RE: INTERROGATORY RESPONSES NOS. 10 AND 11** |

**[PROPOSED] ORDER**

Upon review of the Joint correspondence regarding discovery disputes filed by Defendant and Plaintiff and based on good cause, this Court orders as follows:

1. Plaintiff Anton Newcombe shall provide full and complete responses to Interrogatories Nos. 10 and 11 on or before __October 25__, 2018.

DATED:  __October 11__, 2018          BY: _____
                                           The Honorable Vincent Chhabria
                                           United States District Judge for the
                                           Northern District of California

**[PROPOSED] ORDER**