UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 'A' RECORDINGS LTD, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>MATT HOLLYWOOD,<br>　　　　Defendant. | Case No. 17-cv-06442-VC<br><br>**ORDER TO SHOW CAUSE** |

Dennis Pelowski and Erik McLain, counsel for the defendant, are ordered to show cause why they should not be sanctioned $500 each for failing to appear at the case management conference on September 25, 2019.

A written response to the order to show cause is due October 2, 2019. A hearing on the order to show cause will take place at 10 a.m. on October 16, 2019 (as will a further case management conference).

**IT IS SO ORDERED.**

Dated: September 27, 2019

_____
VINCE CHHABRIA
United States District Judge