CARI A. COHORN (State Bar No. 249056)
COHORN LAW
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 993-9005
Fax: (415) 365-9650
Email: cohorn@cohornlaw.com

Attorneys for Plaintiffs/Counterdefendants


ERIK M. MCLAIN (State Bar No. 219008)
MCLAIN PC
114 Pacifica Ste. 470
Irvine, CA 92618
Telephone: (949) 500-2818
Email: em@mclainfirm.com

DENNIS PAUL PELOWSKI (State Br No. 153844)
PELOWSKI LAW OFFICE
660 North Second St., Ste. 404
Minneapolis, MN 55401
Telephone: (612) 387-8124
Email: pelowskilawminneapolis@gmail.com

Attorneys for Defendant and Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 'A' RECORDINGS LTD, a UK Private Limited Company, and ANTON NEWCOMBE, an individual doing business as BRIAN JONESTOWN MASSACRE,<br><br>Plaintiffs,<br><br>v.<br><br>MATT HOLLYWOOD, an individual,<br><br>Defendant.<br><br>And Related Cross-Action. | Case No: 3:17-cv-06442-LB<br><br>**JOINT CASE MANAGEMENT PROPOSAL; [~~PROPOSED~~] ORDER**<br><br>Date: November 14, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Laurel Beeler<br>Courtroom: B, 15th Floor |

Pursuant to the Court's notice dated October 23, 2019 (see ECF No. 102), Plaintiffs/Counterdefendants 'a' Recordings, Ltd. and Anton Newcombe, together with Defendant/Counterclaimant Matt Hollywood (collectively, the "Parties"), submit the following joint proposal for resolving their dispute concerning the a material term of the Parties' agreement entered into at the settlement conference held August 26, 2019.

As the Court knows, the Parties have been unable to resolve a dispute over the proper interpretation of a term of their agreement and wish the court to resolve the issue. The Parties propose that each side submit a confidential letter brief of no more than five pages addressing only the disputed issue via email to Magistrate Judge Beeler within five court days of the Court's entry of an order setting forth the procedures to be followed.

Plaintiffs request that each side have an opportunity to briefly respond to the other side's letter brief. Specifically, Plaintiffs request that each side be permitted to submit, within three court days of the initial briefs, a second letter brief of no more than three pages.

Defendant's view is that any rebuttal needlessly extends the process beyond what is reasonably required for Magistrate Beeler to render a decision, and prefers that the Court decline to allow any rebuttal.

The Parties agree that the issue is appropriate for decision on the papers before the Court and Magistrate Judge Beeler's recollection, if any, of the handling of the disputed issue at the settlement conference. No hearing is necessary.

The Parties further agree that all proceedings on this matter should be off the record and/or sealed to preserve the confidentiality of the Parties' settlement agreement.

Dated: November 7, 2019	COHORN LAW
	By: *Cari A. Cohorn*
	    Cari A. Cohorn
	Attorneys for Plaintiffs/Counter-Defendants

Dated: November 7, 2019	MCLAIN LAW FIRM, P.C.
	By: *Erik M. McLain*
	    Erik M. McLain
	Attorney for Defendant/Counter-Complainant

# [~~PROPOSED~~] ORDER

Having reviewed and considered the Joint Case Management Proposal filed by Plaintiffs/Counterdefendants 'a' Recordings Ltd. and Anton Newcombe and Defendant/Counterclaimant Matt Hollywood, and good cause appearing, the Court orders as follows:

1. Each side shall submit a confidential letter brief of no more than five pages addressing only the disputed issue of interpretation of a term of their settlement agreement via email to Magistrate Judge Beeler and opposing counsel on or before November 14. The court will decide if any further briefing is needed.

2. ~~Each side may submit a letter brief of no more than three pages, responding to the other side's opening letter brief, on or before November __.~~

3. No hearing or further proceedings on this issue will be held. The issue will be decided on the papers before the Court and Magistrate Judge Beeler's recollection, if any, of the handling of the disputed issue at the settlement conference.

4. All proceedings on this matter shall be conducted off the record and/or sealed to preserve the confidentiality of the Parties' settlement agreement.

IT IS SO ORDERED.

DATED: November 8, 2019

Hon. Laurel Beeler
United States Magistrate Judge

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) of the United States District Court for the Northern District of California, the undersigned hereby attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and authorized this filing on November 7, 2019.

By: *Cari A. Cohorn*
 Cari A. Cohorn
 Attorneys for Plaintiffs/Counter-Defendants